RECEIVED
CLERK'S OFFICE

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

2014 MAR 25 AM 8:28

MACON GEORGIA

Robert Jay Davis
GDC # 1000183793

(Enter above full name of plaintiff or plaintiffs)

**5:14-CV-116**

v.

City of Fort Valley, and Sheriff Terry Deese, and Deputy Smith and mj cottle peach County Jail, Deputy Warden Jefferson At Autry state prison and officer Cept Keith Cox and officer Foster

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ___ No X

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: Robert Jay Davis

      Defendants: Attorney - william phillips

   2. Court (if federal court, name the district; if state court, name the county):

      middle District , Macon / GA

   3. Docket number: 513-CV-328 mTT.chw

   4. Name of judge assigned to case: Marc T. Treadwell

1

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

Dismissed

6. Approximate date of filing lawsuit:    N/A

7. Approximate date of disposition:    9-18-13

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes ✓    No ___

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes ___   No ✗

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs:    Robert Jay Davis

Defendants:    Sheriff Terry Deese and Jimmy Jones

2. Court (name the district):

Middle District

3. Docket number:    5:12-CV-00328 MTT

4. Name of judge assigned to case:   Marc T. Treadwell

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

Dismissed

6. Approximate date of filing lawsuit:    8-N-2012

2

7. Approximate date of disposition:    9-20-2013

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes ✓   No ___

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ___   No ✗

1. If your answer to C is yes, name the court and docket number for each case:

_____ _____
_____ _____
_____ _____
_____

II. Place of present confinement:   Autry State prison

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?    Yes ✓ No ___

C. If your answer to B is yes:

1. What steps did you take? I file two Grievances Grivances # 166703 and 166714
I file it on 2-3-2014
See Attached Grievance

2. What was the result? denied because more than one issue.
See Attached 2-19-2014 Grievance Appeal Response

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No ___

If yes, what was the result? Denial Because more than one issue on 3-5-2014

-See Attached Appeal Grievance

D. If you did not utilize the prison grievance procedure, explain why not: I D.D.

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Robert Jay Davis
Address: GDC# 1000183793
Autry State prison, P.O. Box 648
pelham, GA 31779

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: City of Fort Valley and Sheriff Terry Deese
Position: Sheriff
Place of employment: Peach County Sheriff Fort Valley
Current address: 1007 Spruce Street ent
Fort Valley GA 31030

C. Additional defendants: Deputy warden Jefferson Autry State prison and Co.-fert team officer Keith Cox and foster at Autry State prison 3178 mount zion church rd pelham GA 31779

peach County Deputy Mr. Smith and Jail officer Ms. Cottle At peach County Jail 1007 Spruce street fort valley GA 31030

4

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Page 1 - of 4

I was assualted by A peach County Deputy-Sheriff Mr. Smith, Violateing my 8th amendment, while I was in the custody of Georgia Department of Corrections, Deputy warden Jefferson allowed me to be assaulted he Violated my 4th, 8th, and 14th amendment, I'll explain, I went to A Jury trial in peach County, fort Valley GA. on January 14, 2014.

peach County sheriff Deputies and the Jail officers at the Jail Never Booked me in on the charges and they never finger printed me on the charges I Just went to trial on, Violateing my 14th amendment due process.

Then on January 24, 2014 peach County sheriff Deputy Mr. Smith and Jail officer Mr. wallace from peach County Jail showed up down here at Autry State prison to fingerprint me and Book me in Because they never Booked me in on the charges I Just went to trial on, I was called to the I.D. Room here at the prison where Co. officer Ms. Jenkins worked and two ordely Inmates, Lt. Alexander was called to I.D. I exsplain to him what was going on, he asked the Deputies if they had a Court order or warrant they said "NO". So I Refused to Give my finger prints. Then,

Then, captain Hodges was called, I exsplain to him what was going on he said he was not getting involed, so then Deputy warden Jefferson was called, I exsplain to him what was going on that the Deputies had no court order, no warrant and that I just went to a Jury trial on these charges, and that my case is still active that I have a motion for new trial pending, and that I was never booked in or finger printed and that Im going to raise this issue under the 14th amendment on my motion for new trial. warden Jefferson called four cert team officers to force me on veido that they Recorded to give up my finger prints without a court order or warrant violateing my 4th amendment. officer wallace from peach county Jail gave me a copy of my finger prints card with January 24, 2014 date on it "showing" ten days afther my Jury trial, which I sent the finger print card home to my family for safe Keeping's.

Then, on febuary 3, 2014 Co. cert officer Keith cox and officer foster, came and got me from the law library and took me to mitchell county Justice center Jail, at 8:50 Am, where peach county sheriff Deputy Mr. smith and officer from the peach county Jail officer Ms. cottle was there waiting, sargant Bunn at mitchell county Jail let us in, I was asked to give up my finger prints "again" Because they needed to "Backdate" the date on my finger print card. which officer ms cottle Backdated the fingerprint card to 3-22-2012

Then, which on 3-22-2012 I was at phllps state prison I cannot be at two places at same time

I asked "again" if they had A Court order or warrant the Reply was same as before "no". So I Refused,
I was in leg cuffs, Belly chain and handcuffs where I was draged into the Bookin area By Cert team officer Cox and foster and Deputy Smith. where I was stood in front of the finger printing michean,
MS cottle tryed to Brake my fingers to finger print me, while I was in Restraints,
I was then Assaulted "Chocked" out twice By Deputy Smith while I was in Restraints.
The officer Cert Co. Cox and foster Did nothing to help me and I was in there custody of the Georgia Department of Corrections
peach County Deputy Smith had no Court order no Arrest warrant and he was out side his Jurisdiction, This was done for the purpose to prevent error that the peach County did where they should of booked me in and finger print me prior to Any Jury trial,
Deputy warden Jefferson Allowed me to leave the prison and get assaulted without proper Authority.
My 4th amendment was Violated where they got my prints without A Court order or warrant,
my 8th amendment was violated where I was assaulted by peach County Deputy Smith and cottle while in Restraints. without the proper authority
my 14th amendment due process was Violated my prints should of been took and I should of been Booked in Before trial.
page 3 of 4                                    Then,

page 4-of 4.

This was All done on Veido Camaer's at the Jail, which Run 24/7. I was assaulted on Veido Camaer's Because I noticed that mitchell county Jail had Camaer's Veido At the Jail, I file two Grievances number 166703, and 166714, I file two Grievances Appeals, Both were Denied. I was Seen By medical on 2-27-2014. I was Seen By medical Because Something is wrong with my throat, when I Sleep on my Right side my Slava Builds up and cuts off my wind (Air,) and Causeing me to have panic attacks, where I cannot Breath

I am Going to Be fileing A T.R.O. Restraing order asking to be transfered to A Safer prison Because of this lawsuit I feel the Deputy warden Jefferson Allowed this to happen to me twice, I Dont feel Safe here, plus the Cert team that I file this 1983-lawsuit on Could Retaliate on me or harass me. The city of fort Valley is liable because they should traiw there peach County deputies and Jail Staff Better, where this wont happen again

Respectfully Submitted this 18 Day of march 2014

(by) Robert Jay Davis
pro SE.
GDC.# 1000 183293
Autry State prison
p.o Box 648
pelham Ga 31779

page 4- of-4.

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

my 4th, 8th, 14th Amendments have Been Violated I've Been physically Assaulted, I've got neck pain, I've Been personally humiliated I ask each Defendant for Compensatory Damages of $150,000.00 each

I also ask for nominal Damages In the amount of one dollar from each defendant OR OR as the Court See's fit. I ask for punitive Damages again Because of my legal rights have Been Violated, and for the pain I'm Suffering, and my neck problems I may endure in the near future, I ask for $150,000.00 from each defendant

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of MARCH, 19 2014

Prisoner No. 1000183293

Robert Jay Davis
(Signature of Plaintiff)

## CERTIFICATE OF SERVICE

This is to certify that I have served the opposing party with a complete and accurate copy of the foregoing documents. Service was made by placing the same in on envelope, and with sufficient postage affixed, in the U.S. Mail, and on this day mailed to the party(s) as follows:

middle District CouRt
federal Court
p.o Box 128

mAcon, GA 31202

This the __18__ day of __MARCh__, 20__14__

Robert Jay DAVIS PRO SE
GDC# 1000183293
Autry  STATE PRISON
P.O. BOX 648
pelham, GEORGIA 31779

Sworn to and subscribed before me this